FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 11-cr-00351-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**JAMES CODY ANDERSEN**,

        Defendant.

## ORDER QUASHING WARRANT

THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss supervised release violation proceedings in this case. The Court, having been advised in the facts and premises of the above case, hereby

ORDERS the Petition for Issuance of Warrant Due to Violation of Supervised Release [Document 46], docketed September 23, 2014, is hereby dismissed and the Warrant for Arrest [Document 47] is quashed.

Dated this 20th day of October, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge